IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD FAST, et al., | : | |
|     Plaintiffs, | : | Case No. 1:18-cv-01114-JG |
| v. | : | Judge James S. Gwin |
| INSPECTION TECH LLC, | : | |
|     Defendant. | : | |
| | : | |

**NOTICE OF APPEARANCE**

    Please be advised that the undersigned represents the Defendant Inspection Tech LLC.

                                Respectfully submitted,

                                /s/ CHRISTIAN CARSON, Attorney
                                Christian Carson (0088523)
                                216-352-4243
                                12434 Cedar Road, Suite 11
                                Cleveland Heights, Ohio 44106
                                Fax: 216-539-8137
                                christian@lawcarson.com
                                *Counsel for Defendant Inspection Tech LLC*

OF COUNSEL:
Robert Otto Carson (0023625)
670 Broadway Avenue
Bedford, OH  44146
440-439-5959
Email: robertottocarson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on June 14, 2018 with the Court's CM/EFS system and such system will send electronic notice to counsel of record.

/s/ CHRISTIAN CARSON, Attorney
Christian Carson (0088523)