## ATTACHMENT 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
|  | ) | **CASE NO.** |
|  | ) |  |
| **Plaintiff,** | ) | **JUDGE JAMS S. GWIN** |
|  | ) |  |
| **vs.** | ) | **REPORT OF PARTIES'** |
|  | ) | **PLANNING MEETING UNDER** |
|  | ) | **FED. R. CIV. P. 26(f) AND** |
| **Defendant.** | ) | **LR 16.3(b) and 23.1)** |
|  | ) | **(For Use in Putative Class Actions)** |

1) Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b) and 23.1, a meeting was held on

_____, 20\_\_, and was attend by:

_____Counsel for plaintiff(s)_____

_____Counsel for plaintiff(s)_____

_____Counsel for defendants(s)_____

_____Counsel for defendant(s)_____

2) The following motions are pending:

\_\_  Motion to Dismiss (Dates filed\_\_\_\_\_; Opposed\_\_\_\_\_; Reply\_\_\_\_\_)

\_\_  Motion to Remand (Dates filed\_\_\_\_\_; Opposed\_\_\_\_\_; Reply\_\_\_\_\_)

\_\_ Other: _____

3) The parties:

\_\_\_\_\_ have exchanged the pre-discovery disclosures required by Rule 26(a)(1);

\_\_\_\_\_ will exchange such disclosures by _____, 20\_\_;

\_\_\_\_\_ object that initial disclosures are not appropriate in this action.

4) The parties recommend the following track:

\_\_\_\_\_Expedited       \_\_\_\_\_Standard       \_\_\_\_\_ Complex       \_\_\_\_\_Mass Tort

5) This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

\_\_\_\_\_Early Neutral Evaluation       \_\_\_\_\_Mediation       \_\_\_\_\_Arbitration

\_\_\_\_\_Summary Jury Trial       \_\_\_\_\_Summary Bench Trial

\_\_\_\_\_Case Not Suitable for ADR

6) Recommended cut-off date for amending the pleadings (including proposed class definition) and/or adding additional parties:_____

7) The parties \_\_\_\_\_do/\_\_\_\_\_do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 29 U.S.C. §636(c).

8) Recommended Case Management Plan:

The parties recommend:

\_\_\_ Discovery on issues related to remand be completed by_____

\_\_\_ Plaintiff(s) Response Brief due:_____

\_\_\_ Defendant(s) Reply Brief due:_____

\_\_\_ Discovery relevant to appropriateness of certification of the proposed class be completed by:_____, including:

plaintiff(s) deposition by:_____

defendant(s) 30(b) depositions by:_____

plaintiff(s) expert reports by:_____

defendant(s) expert reports by:_____

expert depositions by:_____

\_\_\_ Plaintiff(s) motion for class certification to be filed by:_____

\_\_\_ Defendant(s) opposition to motion for class certification to be filed by:_____

\_\_\_ *Daubert* hearing date, if any:_____

\_\_\_ Class certification hearing date:_____

9) Recommended dispositive motion date, if any:_____

10) Recommended date for Status Hearing:_____

     11) Other matters for the attention of the Court:_____

_____

_____

                                                _____
                                                Attorney for Plaintiff(s)

                                                _____
                                                Attorney for Plaintiff(s)

                                                _____
                                                Attorney for Defendant(s)

                                                _____
                                                Attorney for Defendant(s)