## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RON FAST, TODD KNEPP AND RYAN HOSCH, on behalf of themselves and all others similarly situated,** | ) ) ) | CASE NO. 1:18-cv-01114 |
| | ) ) | JUDGE JAMES S. GWIN |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| | ) ) | **UNOPPOSED MOTION TO CONTINUE** |
| **INSPECTION TECH, LLC,** | ) ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | **SCHEDULED FOR JULY 12, 2018 AT** |
| Defendant. | ) | **1:00 P.M.** |
| | ) ) | |

Plaintiffs, Ron Fast, Todd Knepp and Ryan Hosch, by counsel, respectfully move this Court for a continuance of the Case Management Conference ("CMC") presently scheduled for July 12, 2018 at 1:00 p.m. due to a scheduling conflict.

Plaintiffs' counsel is also scheduled to be at a Case Management Conference in Judge Adams' Court on July 12, 2018 at 1:30 p.m.  The Case Management Conference in the case in front of Judge Adams was scheduled on June 12, 2018.  A copy of Judge Adams' Notice of Case Management Conference is attached.  Defendant does not oppose this Motion.

Respectfully submitted,

Nilges Draher, LLC


/s/ Hans A. Nilges
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone:     (330) 470-4428
Facsimile:     (330) 754-1430
Email:          sdraher@ohlaborlaw.com
                hans@ohlaborlaw.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2018, the foregoing was filed electronically with the Court. Notice of  this filing will be sent to all parties by operation of the Court's electronic filing system. Parties  may access this filing through the Court's system.


/s/ Hans A. Nilges
Hans A. Nilges (0076017)
*Counsel for Plaintiffs*