**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RON FAST, TODD KNEPP AND RYAN HOSCH, on behalf of themselves and all others similarly situated, | ) ) ) CASE NO. 1:18-cv-01114 ) |
| Plaintiffs, | ) JUDGE JAMES S. GWIN ) ) |
| vs. | ) ) |
| INSPECTION TECH, LLC, | ) **MOTION TO EXCUSE ATTENDANCE** ) **OF TODD KNEPP AT AUGUST 8TH** ) **CONFERENCE** |
| Defendant. | ) |

Plaintiff Todd Knepp, by and through counsel, respectfully requests that the Court excuse the attendance of Plaintiff Knepp at the August 8, 2018, case management conference. Plaintiff Knepp will be in California for military training at the time of the conference.

    Respectfully submitted,

    Nilges Draher, LLC


    */s/ Hans A. Nilges*
    Hans A. Nilges (0076017)
    Shannon M. Draher (0074304)
    7266 Portage Street, N.W., Suite D
    Massillon, OH 44646
    Telephone: (330) 470-4428
    Facsimile: (330) 754-1430
    Email: sdraher@ohlaborlaw.com
           hans@ohlaborlaw.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/Hans A. Nilges*
> Hans A. Nilges (0076017)
> *Counsel for Plaintiffs*