MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date:     8/8/18
Judge:     James S. Gwin
Case No.:    1:18CV01114
Court Reporter:  G. Staiduhar

RON FAST, ET AL,  )
         )
  Plaintiffs,   )
          )
vs.         )
          )
INSPECTION TECH, LLC, )
          )
  Defendant.   )

MATTERS CONSIDERED: Case management conference held.

TOTAL TIME: 1 hr. 12 min.       *s/ Melanie Dresch*
                       Courtroom Deputy Clerk