IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RON FAST, *et al.*, | ) | CASE NO. 1:18-cv-01114-JG |
| Plaintiffs, | ) | |
| -vs- | ) | JUDGE JAMES GWIN |
| INSPECTION TECH, LLC, | ) | |
| Defendant. | ) | **STIPULATED DISMISSAL ENTRY** |

NOW come the parties, by and through counsel, and hereby stipulate that the above-captioned matter shall be marked as SETTLED and DISMISSED with prejudice. The parties agree that the Court shall retain jurisdiction to enforce the terms and conditions of the settlement agreement reached among the parties. Costs to Plaintiff.

IT IS SO ORDERED.

Dated: September 20, 2018                    *s/   James S. Gwin*
                                             JUDGE JAMES GWIN

Stipulated:

_____
Hans Nilges, Esq.
Attorney for Plaintiffs

_____
Christian Carson, Esq.
Attorney for Defendants